1
2026 CO 2 In Re People v. Castorena No. 25SA179Supreme Court of Colorado, En BancFebruary 2, 2026

         Petition
for Rehearing DENIED.

         RULE
CHANGE

         RULE
CHANGE 2026(03)

         RULES
GOVERNING LAWYER DISCIPLINE AND DISABILITY PROCEEDINGS,
PROTECTIVE APPOINTMENT OF COUNSEL, CONTINUING LEGAL AND
JUDICIAL EDUCATION, ATTORNEYS' FUND FOR CLIENT
PROTECTION, AND LAWYER ASSISTANCE PROGRAMS 242.21

         Amended
and Adopted by the Court, En Banc, January 29, 2026,
effective immediately.